TOLAND *v.* BREWSTER, administrator.

HILL, J. When this case was before the Supreme Court on a former occasion (*Toland* v. *Brewster,* 144 *Ga.* 236, 86 S. E. 1089), it was held, among other things, that the petition alleged a cause of action. Applying the rulings there made, a verdict for the plaintiff was authorized under the pleadings and evidence as submitted on the final trial. There was no error in overruling the motion for a new trial filed by the defendant, which contained only the usual general grounds.

*Judgment affirmed. All the Justices concur.*
No. 782. OCTOBER 17, 1918.

Equitable petition. Before Judge Bartlett. Polk superior court. December 17, 1917.

*W. H. Terrell,* for plaintiff in error. *Bunn & Trawick,* contra.

---

BORDERS *v.* BOARD OF DRAINAGE COMMISSIONERS, *et al.*

HILL, J. There was no abuse of discretion in refusing the injunction in this case. *Perkins* v. *Board of Drainage Commissioners,* 148 *Ga.* 292 (96 S. E. 418).

*Judgment affirmed. All the Justices concur.*
No. 791. OCTOBER 17, 1918.

Petition for injunction. Before Judge Cobb. Banks superior court. January 5, 1918.

*A. J. Griffin, John J. & Roy M. Strickland,* and *Richard B. Russell,* for plaintiff.

*W. W. Stark* and *S. R. Jolly,* for defendants.